Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
      kw@slwlaw.com
      clb@slwlaw.com
Attorneys for Plaintiff
U.S. Bank National Association,
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to
LaSalle Bank, National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST,<br><br>          Plaintiff,<br><br>      v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SETONA HOMEOWNERS' ASSOCIATION; AMOR ELACIO, an individual, and AILEEN ELACIO, an individual,<br><br>          Defendant. | Case No.: 2:17-cv-00708-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR RELIEF**<br><br>**(First Request)** |

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

SFR INVESTMENTS POOL 1, LLC,
a Nevada limited liability company;

      Counter/Cross Claimant

      v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR ALLIANCE BANKCORP and its successors and assigns,

      Counter/Cross Defendants.

   Plaintiff/Counter-Defendant U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust ("U.S. Bank"), and Defendant/Counter-Claimant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel of record, hereby stipulate to extend the deadlines for U.S. Bank to respond to SFR's Response to U.S Bank's Motion for Summary Judgment ("SFR's Opposition") [ECF No. 34], for U.S. Bank to respond to SFR's Motion for Summary Judgment ("SFR's MSJ") [ECF No. 41] for U.S. Bank to respond to SFR's Motion for Relief Under Fed. R. Civ. P. 56(d) (the "56(d) Motion") [ECF No. 46], as follows:

  1. SFR filed its Opposition on November 8, 2017 [ECF No. 45], its MSJ on November 4, 2017 [ECF No. 41], and its 56(d) Motion on November 8, 2017[ECF No. 46]. U.S. Bank's Reply to the Opposition and Response to the 56(d) Motion is currently due on November 22, 2017. U.S. Bank's Response to SFR's MSJ is due

November 25, 2017.

2. The parties have agreed that more time is necessary for U.S. Bank to respond to SFR's Opposition, MSJ, and 56(d) Motion.

3. Based thereon, the parties agree to continue U.S. Bank's Reply deadline to SFR's Opposition and 56(d) Motion, and U.S. Bank's Response to SFR's MSJ, to **December 1, 2017.**

4. The parties further agree to SFR's deadlines to file a Reply in support of its MSJ and 56(d) Motion **to December 22, 2017.**

5. This is the first request for an extension of these deadlines. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in the Opposition.

| DATED this 21st day of November, 2017. | DATED this 21st day of November, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **SMITH LARSON & WIXOM** |
| */s/ Diana S. Ebron* <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139-5974 <br> *Attorney for SFR Investments Pool 1, LLC* | */s/ Christopher L. Benner* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Katie M. Weber, Esq. <br> Nevada Bar No. 11736 <br> Christopher L. Benner, Esq. <br> Nevada Bar No. 8963 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134-6237 <br> *Attorneys for U.S. Bank National Association, as Trustee,* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 22, 2017