1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 00050
   Yanxiong Li, Esq.
3  Nevada Bar No. 12807
   7785 W. Sahara Ave, Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   yli@wrightlegal.net
6  *Attorneys for Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10 | U.S. BANK NATIONAL ASSOCIATION, AS | 2:17-cv-00708-JCM-PAL |
11 | TRUSTEE, SUCCESSOR IN INTEREST TO | |
   | BANK OF AMERICA, NATIONAL | **STIPULATION AND ORDER FOR** |
12 | ASSOCIATION AS SUCCESSOR BY | **DISCLAIMER OF INTEREST AND** |
   | MERGER TO LASALLE BANK, NATIONAL | **DISMISSAL OF MORTGAGE** |
13 | ASSOCIATION AS TRUSTEE FOR | **ELECTRONIC REGISTRATION** |
14 | WASHINGTON MUTUAL MORTGAGE | **SYSTEMS, INC. WITH PREJUDICE** |
   | PASS-THROUGH CERTIFICATES WMALT | |
15 | SERIES 2006-AR9 TRUST, | |
16 |                    Plaintiff, | |
17 | | |
   |                    vs. | |
18 | | |
19 | SFR INVESTMENTS POOL 1, LLC, a Nevada | |
   | limited liability company; SETONA | |
20 | HOMEOWNERS' ASSOCIATION; AMOR | |
   | ELACIO, an individual; and AILEEN ELACIO, | |
21 | an individual, | |
22 |                    Defendants, | |
   | SFR INVESTMENTS POOL 1, LLC, a Nevada | |
23 | limited liability company, | |
24 |                    Counter/Cross Claimant, | |
25 | | |
   | vs. | |
26 | | |
27 | U.S. BANK NATIONAL ASSOCIATION, AS | |
   | TRUSTEE, SUCCESSOR IN INTEREST TO | |
28 | BANK OF AMERICA, NATIONAL | |

| | |
|---|---|
| 1 | ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL |
| 2 | ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE |
| 3 | PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST; MORTGAGE |
| 4 | ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR |
| 5 | ALLIANCE BANCORP, |
| 6 | |
| 7 | Counter/Cross Defendants. |

8    Defendant/Counter/Cross-claimant, SFR INVESTMENTS POOL 1, LLC ("SFR"),

9  Cross-defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"),

10  by and through their respective counsel of record, hereby stipulate and agree as follows:

11    WHEREAS,

12    1.    SFR named MERS as a Cross-defendant in this action;

13    2.    The property located at 10856 Vineyard Pass Street, Las Vegas, Nevada 89141

14  ("Property"), was subject to a deed of trust recorded against the Property, on August 10, 2006, as

15  Instrument Number 20060810-0001524 in the Official Records of the Clark County, Nevada

16  Recorder's Office ("**Deed of Trust**");

17    3.    MERS, solely as nominee for lender, Alliance Bancorp, and its successor and

18  assigns, was designated as the original beneficiary of the Deed of Trust;

19    4.    On July 11, 2012, the Property was sold pursuant to a Nevada homeowners'

20  association ("HOA") lien defined under NRS 116.3116(2);

21    5.    On July 24, 2012, a Trustee's Deed Upon Sale was recorded against the Property

22  to memorialize the sale HOA sale;

23    6.    MERS, as nominee for Alliance Bancorp, and its successors and assigns, hereby

24  disclaims all interest in the Deed of Trust against the Property;

25    9.    SFR will not seek to recover costs or attorney's fees against MERS as a result of

26  this disclaimer of interest.

27    **IT IS FURTHER STIPULATED AND AGREED** that the above-referenced matter,

28  including all claims for relief thereto, shall be dismissed WITH PREJUDICE as against MERS.

1    **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and

2  Order is intended to be, or will be, construed as an admission of the claims or defenses of the

3  parties.

4    **IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own

5  attorney's fees and costs.

6

7  DATED this 4th day of December, 2017.        DATED this 4th day of December, 2017.

8  WRIGHT, FINLAY & ZAK, LLP                    KIM GILBERT EBRON

9

10 /s/ Yanxiong Li, Esq.                        /s/ Diana S. Ebron, Esq.

   Dana Jonathon Nitz, Esq.                     Diana S. Ebron, Esq.
   Nevada Bar No. 00050                         Nevada Bar No. 10580
11 Yanxiong Li, Esq.                            Jacqueline A. Gilbert, Esq.
   Nevada Bar No. 12807                         Nevada Bar No. 10593
12 7785 W. Sahara Ave, Suite 200                Karen L. Hanks, Esq.
   Las Vegas, NV 89117                          Nevada Bar No. 9578
13 *Attorneys for Cross-Defendant, Mortgage*    7625 Dean Martin Drive, Ste. 110
14 *Electronic Registration Systems, Inc.*      Las Vegas, Nevada 89139
                                                (702) 485-3300; Fax: (702) 485-3301
15                                              *Attorney for Defendant/Counter/Cross-*
16                                              *claimant, SFR Investments Pool 1, LLC*

17
                                **ORDER**
18
          IT IS SO ORDERED:
19
           December 14, 2017
20        _____          _____
21         DATED                       UNITED STATE DISTRICT JUDGE

22

23

24

25

26

27

28