Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff/Counterdefendant
U.S. Bank National Association,
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to
LaSalle Bank, National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SETONA HOMEOWNERS' ASSOCIATION; AMOR ELACIO, an individual, and AILEEN ELACIO, an individual,<br><br>Defendant. | Case No.: 2:17-cv-00708-JCM-PAL<br><br>**STIPULATION AND ORDER TO STAY LITIGATION AND DISCOVERY BASED ON PENDING SETTLEMENT** |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

SFR INVESTMENTS POOL 1, LLC,
a Nevada limited liability company;

      Counter/Cross Claimant

v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR ALLIANCE BANKCORP and its successors and assigns,

      Counter/Cross Defendants.

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counterdefendant U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust, Defendant/Counterclaimant SFR Investments Pool 1, LLC, and Defendant Setona Homeowners' Association (collectively, the "Parties"),[1] by and through their respective undersigned attorneys, stipulate as follows:

1. On or about September 26, 2017, the Court entered an order setting discovery deadlines, which set the deadline to complete discovery in this case for March 28, 2018 (ECF No. 32).

2. The Parties have since come to respective agreements and are in the process of finalizing settlement.

---

[1] Defendants Amor Elacio and Aileen Elacio have not appeared in this action, and Cross-defendant Mortgage Electronic Registration Systems, Inc. was dismissed by stipulation and order entered on December 14, 2017.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

3. Given these resolutions, and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree, and hereby request, a stay of the case to give all Parties sufficient time and resources to finalize settlement.

4. The Parties make this stipulation in good faith and not for purposes of delay.

| Dated this 28th day of March, 2018.<br><br>SMITH LARSEN & WIXOM<br><br>/s/*Katie M. Weber*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff/Counterdefendant<br>U.S. Bank National Association,<br>as Trustee, successor in interest<br>to Bank of America, National Association<br>as successor by merger to<br>LaSalle Bank, National Association as<br>Trustee for Washington Mutual<br>Mortgage Pass-Through Certificates<br>WMALT Series 2006-AR9 Trust | Dated this 28th day of March, 2018.<br><br>KIM GILBERT EBRON<br><br>/s/*Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorney for Defendant/Counterclaimant<br>SFR Investments Pool 1, LLC<br><br>Dated this 28th day of March, 2018.<br><br>TYSON & MENDES LLP<br><br>/s/*Margaret E. Schmidt*<br>Margaret E. Schmidt, Esq.<br>Nevada Bar No. 12489<br>3960 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant Setona Homeowners' Association |

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: April 6, 2018

3