UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendant(s). | Case No. 2:17-CV-708 JCM (PAL) <br><br> ORDER |

Presently before the court is the matter of *U.S. Bank National Association v. SFR Investments Pool 1, LLC, et al.*, case no. 2:17-cv-00708-JCM-CWH.

On April 6, 2018, the court granted the parties' request to stay litigation and discovery based on pending settlement. (ECF No. 68). Since that date, no party has submitted any filings with the court. The court orders the parties to file a joint status report indicating the current status of the settlement.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order.

DATED June 12, 2018.

_____
UNITED STATES DISTRICT JUDGE