Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
      kw@slwlaw.com
Attorneys for Plaintiff/Counterdefendant
U.S. Bank National Association,
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to
LaSalle Bank, National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SETONA HOMEOWNERS' ASSOCIATION; AMOR ELACIO, an individual, and AILEEN ELACIO, an individual,<br><br>    Defendant. | Case No.: 2:17-cv-00708-JCM-PAL<br><br>JOINT STATUS REPORT |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

SFR INVESTMENTS POOL 1, LLC,
a Nevada limited liability company;

Counter/Cross Claimant

v.

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, SUCCESSOR IN INTEREST TO
BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY MERGER
TO LASALLE BANK, NATIONAL
ASSOCIATION AS TRUSTEE FOR
WASHINGTON MUTUAL MORTGAGE PASS-
THROUGH CERTIFICATES WMALT SERIES
2006-AR9 TRUST; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AS
NOMINEE BENEFICIARY FOR ALLIANCE
BANKCORP and its successors and assigns,

Counter/Cross Defendants.

Pursuant to this Court's June 12, 2018 Order [ECF No. 69], Plaintiff/Counter-defendant U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust ("U.S. Bank"), Defendant/Counter-claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Setona Homeowners' Association ("Setona"),[1] by and through their respective undersigned counsel, hereby submit the following joint status report.

1.  The settlement of this matter, as between U.S. Bank and SFR, is part of a larger settlement between those parties involving multiple additional properties. Due to the involvement of multiple properties, the execution of a settlement agreement memorializing the terms of the parties' settlement has been delayed.

---

[1] Defendants Amor Elacio and Aileen Elacio have not appeared in this action, and Cross-defendant Mortgage Electronic Registration Systems, Inc. was dismissed by stipulation and order entered on December 14, 2017.

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

2. Notwithstanding this delay, U.S. Bank and SFR believe they are very close to having a final agreed-upon form of settlement agreement for execution.

3. Separately, U.S. Bank and Setona are also in the process of finalizing settlement documents with respect to this case only.

4. Accordingly, the parties reasonably believe that they will be in a position to submit a stipulation and proposed order of dismissal in this matter within approximately thirty (30) days.

| Dated this 12th day of July, 2018. | Dated this 12th day of July, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | KIM GILBERT EBRON |
| /s/*Katie M. Weber* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Katie M. Weber, Esq. <br> Nevada Bar No. 11736 <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Plaintiff/Counterdefendant <br> U.S. Bank National Association, <br> as Trustee, successor in interest <br> to Bank of America, National Association <br> as successor by merger to LaSalle Bank, <br> National Association as <br> Trustee for Washington Mutual <br> Mortgage Pass-Through Certificates <br> WMALT Series 2006-AR9 Trust | /s/*Diana S. Ebron* <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> Attorney for Defendant/Counterclaimant <br> SFR Investments Pool 1, LLC <br><br> Dated this 12th day of July, 2018. <br><br> TYSON & MENDES LLP <br><br> /s/*Margaret E. Schmidt* <br> Margaret E. Schmidt, Esq. <br> Nevada Bar No. 12489 <br> 3960 Howard Hughes Pkwy., Ste. 600 <br> Las Vegas, Nevada 89169 <br> Attorneys for Defendant Setona Homeowners' Association |

**IT IS SO ORDERED.** The parties shall have until **August 13, 2018**, to file a stipulation for dismissal or a joint status report indicating when a stipulation will be filed.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
Dated this 13th day of July, 2018.

3