WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Counter/Cross-Defendant,
Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST,<br><br>        Plaintiff,<br><br>        vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SETONA HOMEOWNERS' ASSOCIATION; AMOR ELACIO, an individual; and AILEEN ELACIO, an individual,<br>        Defendants, | 2:17-cv-00708-JCM-PAL<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Counter/Cross Claimant,<br><br>        vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO | |

| | |
|---|---|
| 1 | BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR ALLIANCE BANCORP, |

Counter/Cross Defendants.

Yanxiong Li, Esq., of Wright, Finlay & Zak, LLP, requests removal from the CM/ECF Service List in the above-captioned matter.

On December 14, 2017, an Order Granting Stipulation for Disclaimer of Interest and Dismissal of Mortgage Electronic Registration Systems, Inc. With Prejudice was entered in this matter [ECF No. 61].

As a result, it is no longer necessary that Yanxiong Li, Esq. receive CM/ECF notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Yanxiong Li, Esq. be removed from the CM/ECF Service List in this matter.

DATED this __12th__ day of July, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Yanxiong Li, Esq.
Dana Jonathon Nitz, Esq.
Yanxiong Li, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Cross-Defendant*

**IT IS SO ORDERED.**
Dated this 13th day of July, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE