# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

U.S. BANK NATIONAL ASSOCIATION, et al.,

Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

Defendant(s).

Case No. 2:17-CV-708 JCM (PAL)

ORDER

Presently before the court is the matter of *U.S. Bank National Association v. SFR Investments Pool 1, LLC et al.*, case number 2:17-cv-00708-JCM-PAL.

In light of the parties' notice of settlement/status report (ECF No. 74), the court will deny plaintiff U.S. Bank National Association's motion for summary judgment (ECF No. 34); and defendant SFR Investments Pool 1, LLC's motion for partial summary judgment, motion to dismiss, motion for summary judgment, and motion for relief (ECF Nos. 36, 40, 41, 46) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge