Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kw@slwlaw.com
Attorneys for Plaintiff/Counterdefendant
U.S. Bank National Association,
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to
LaSalle Bank, National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SETONA HOMEOWNERS' ASSOCIATION; AMOR ELACIO, an individual, and AILEEN ELACIO, an individual,<br><br>Defendant. | Case No.: 2:17-cv-00708-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS BY AND AGAINST SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE** |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

SFR INVESTMENTS POOL 1, LLC,
a Nevada limited liability company;

      Counter/Cross Claimant

    v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR ALLIANCE BANKCORP and its successors and assigns,

      Counter/Cross Defendants.

Plaintiff/Counterdefendant U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust ("U.S. Bank"), and Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel of record, hereby stipulate that:

  (1) U.S. Bank hereby dismisses all claims asserted herein against SFR with prejudice; and

  (2) SFR hereby dismisses all counterclaims asserted herein against U.S. Bank with prejudice; and

  (3) U.S. Bank and SFR shall each bear its own respective fees and costs; and

. . .

. . .

. . .

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

(4) The dismissals set forth herein pertain to the claims asserted by and against SFR only, and do not pertain to any other party herein.

Dated this 25th day of September, 2018.                Dated this 25th day of September, 2018.

SMITH LARSEN & WIXOM                                    KIM GILBERT EBRON

/s/ *Katie M. Weber*                                    /s/ *Jacqueline A. Gilbert*
Kent F. Larsen, Esq.                                    Diana S. Ebron, Esq.
Nevada Bar No. 3463                                     Nevada Bar No. 10580
Katie M. Weber, Esq.                                    Jacqueline A. Gilbert, Esq.
Nevada Bar No. 11736                                    Nevada Bar No. 10593
1935 Village Center Circle                              7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134                                 Las Vegas, Nevada 89139
Attorneys for Plaintiff/Counterdefendant                Attorney for Defendant/Counterclaimant
U.S. Bank National Association,                         SFR Investments Pool 1, LLC
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to LaSalle Bank,
National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATE: September 28, 2018