Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Plaintiff/Counterdefendant
U.S. Bank National Association,
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to
LaSalle Bank, National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SETONA HOMEOWNERS' ASSOCIATION; AMOR ELACIO, an individual, and AILEEN ELACIO, an individual,<br><br>Defendant. | Case No.: 2:17-cv-00708-JCM-PAL<br><br>**JOINT STATUS REPORT** |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; |
| 2 | |
| 3 | Counter/Cross Claimant<br>v. |
| 4 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR9 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE BENEFICIARY FOR ALLIANCE BANKCORP and its successors and assigns, |
| 11 | Counter/Cross Defendants. |

Pursuant to this Court's August 28, 2018 Order [ECF No. 75], Plaintiff U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust ("U.S. Bank"), Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Setona Homeowners' Association ("Setona"),[1] by and through their respective undersigned counsel, hereby submit the following joint status report.

1.    The settlement of this matter, as between U.S. Bank and SFR, has been completed, and a proposed stipulation and order of dismissal as of the claims by and against SFR was submitted to the Court on September 26, 2018. [*See* ECF No. 76.]

2.    Separately, U.S. Bank and Setona have agreed on the terms of a settlement agreement and believe they are close to execution of that agreement. Accordingly, U.S. Bank

---

[1] Defendants Amor Elacio and Aileen Elacio have not appeared in this action, and Cross-defendant Mortgage Electronic Registration Systems, Inc. was dismissed by stipulation and order entered on December 14, 2017.

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

and Setona believe that they will be in a position to submit a proposed stipulation and order of dismissal within approximately thirty (30) days.

Dated this 27th day of September, 2018.

SMITH LARSEN & WIXOM

/s/ *Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff/Counterdefendant
U.S. Bank National Association,
as Trustee, successor in interest
to Bank of America, National Association
as successor by merger to LaSalle Bank,
National Association as
Trustee for Washington Mutual
Mortgage Pass-Through Certificates
WMALT Series 2006-AR9 Trust

Dated this 27th day of September, 2018.

KIM GILBERT EBRON

/s/ *Karen L. Hanks*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Attorney for Defendant/Counterclaimant
SFR Investments Pool 1, LLC

Dated this 27th day of September, 2018.

TYSON & MENDES LLP

/s/ *Margaret E. Schmidt*
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Attorneys for Defendant Setona
Homeowners' Association

**IT IS ORDERED** that plaintiff and defendant Setona shall have until **October 29, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: September 28, 2018

Peggy A. Leen
United States Magistrate Judge

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2018, a true copy of the foregoing **Joint Status Report** was filed and served electronically via the Court's CM/ECF system to the following:

> Diana Cline Ebron, Esq.
> Jacqueline A. Gilbert, Esq.
> Karen L. Hanks, Esq.
> KIM GILBERT EBRON
> 7625 Dean Martin Drive, Suite 110
> Las Vegas, Nevada 89139
> diana@kgelegal.com
> Jackie@kgelegal.com
> Karen@kgelegal.com
> Attorneys for Defendant/Counterclaimant
> SFR Investments Pool 1, LLC
>
> Thomas E. McGrath, Esq.
> TYSON & MENDES LLP
> 8275 South Eastern Avenue, Suite 115
> Las Vegas, Nevada 89123
> tmcgrath@tysonmendes.com
> Attorneys for Defendant
> Setona Homeowners' Association

> /s/ *Jana L. Rivard*
> an employee of Smith Larsen & Wixom

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

4